UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:13-cv-01659-SEB-DKL ) |
| WESTERN & SOUTHERN LIFE COMPANY a Ohio-based corporation, | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT**

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date: _____9/3/2014_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CYNTHIA JOHNSON
6849 Capitol Ln. #C
Avon, IN 46123

Michael P. Palmer
BARNES & THORNBURG - South Bend
mpalmer@btlaw.com

R. Holtzman Hedrick
BARNES & THORNBURG LLP
holt.hedrick@btlaw.com